FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0593

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0593

CITY OF MISSOULA,

      Plaintiff and Appellee,

v.

BAGENDABANGA MUGONDOZI,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 3, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 20 2024